ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
**GREENBERG TAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email: swanise@gtlaw.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GLEN R. HILTON and CATHERINE HILTON,<br><br>Plaintiffs,<br><br>v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC,<br><br>Defendants. | CASE NO. 2:21-cv-00330-KJD-VCF<br><br>~~STIPULATION AND~~ ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS C. R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC. |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice as to Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., with each party to bear its own costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

ACTIVE 56009633v3

**IT IS SO STIPULATED.**

DATED this 28th day of July 2021.

| | |
|---|---|
| **FEARS NACHAWATI, PLLC** | **GREENBERG TRAURIG, LLC** |
| /s/ *Mike H. T. Nguyen* | /s/ *Eric W. Swanis* |
| Mike H. T. Nguyen | Eric W. Swanis |
| Nevada Bar No. 12055 | Nevada Bar No. 6840 |
| Email: m_nguyen@thenguyenlaw.com | Email: swanise@gtlaw.com |
| Nguyen & Associates, LLC | 10845 Griffith Peak Drive, Suite 600 |
| 6831 Ponderosa Way | Las Vegas, Nevada 89135 |
| Las Vegas, NV 89118 | Telephone: (702) 792-3773 |
| Tel. 702-999-8888 | |
| | *Counsel for Defendants* |
| /s/ *Kelly Chermack* | |
| Kelly Chermack | |
| *Admitted Pro Hac Vice* | |
| Texas Bar No. 24121361 | |
| Email: kchermack@fnlawfirm.com | |
| 5473 Blair Road | |
| Dallas, TX 75231 | |
| Telephone: (214) 890-0711 | |
| Facsimile: (214) 890-0712 | |
| | |
| *Counsel for Plaintiffs* | |

**IT IS SO ORDERED.**

Dated this 10th of August, 2021.

_____
**UNITED STATES DISTRICT JUDGE**

ACTIVE 56009633v3

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

                                                   /s/ Shermielynn Irasga
                                              An employee of GREENBERG TRAURIG, LLP

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

ACTIVE 56009633v3